IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE CO., as assignee of and successor in interest to LENDERS EDGE SETTLEMENT SERVICES, LLC and INTEGRITY ASSURANCE, INC., | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 16-1360 |
| MAXUM INDEMNITY COMPANY a/k/a MAXUM SPECIALTY INSURANCE GROUP and AMERICAN SAFETY INDEMNITY COMPANY, | |
| Defendants. | |

## ORDER

**AND NOW**, this   12th   day of September, 2017, upon consideration of Defendant TIG Insurance Company's[1] ("TIG") Motion for Judgment on the Pleadings and/or Motion for Summary Judgment, Fidelity National Title Insurance Co.'s ("Fidelity") Cross-Motion for Summary Judgment, and all of the responses, replies, and sur-replies, it is hereby **ORDERED** that:

1. TIG's Motion for Judgment on the Pleadings and/or Motion for Summary Judgment (Doc. No. 52) is **GRANTED**; and

2. Fidelity's Cross-Motion for Summary Judgment (Doc. No. 58) is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] Defendant TIG Insurance Company is the successor by merger to American Safety Indemnity Company.