IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE CO., as assignee of and successor in interest to LENDERS EDGE SETTLEMENT SERVICES, LLC and INTEGRITY ASSURANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAXUM INDEMNITY COMPANY a/k/a MAXUM SPECIALTY INSURANCE GROUP and AMERICAN SAFETY INDEMNITY COMPANY, <br><br> Defendants. | CIVIL ACTION <br><br><br> No. 16-1360 |

## ORDER

**AND NOW**, this   12th   day of September, 2017, upon consideration of Maxum Indemnity Company a/k/a Maxum Specialty Insurance Group's ("Maxum") Motion for Judgment on the Pleadings and/or Motion for Summary Judgment, Fidelity National Title Insurance Co.'s ("Fidelity") Cross-Motion for Summary Judgment, and all of the responses, replies, and sur-replies, it is hereby **ORDERED** that:

1. Maxum's Motion for Judgment on the Pleadings and/or Motion for Summary Judgment (Doc. No. 55) is **GRANTED**; and

2. Fidelity's Cross-Motion for Summary Judgment (Doc. No. 57) is **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE